```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-04520-JJT
Rose Fraser                                                         Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin                Page 1 of 2            Date Rcvd: Feb 02, 2017
                              Form ID: 318               Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
```
db            +Rose Fraser,    50 Stanton Street,    Schuylkill Haven, PA 17972-1143
4851205      #+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
4851207       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
4851206        Anamika Patel,    1245 Whitehorse Rd,    Trenton, NJ 08619
4851209       +Burlington County Courthouse,    49 Rancocas Road,    Mount Holly, NJ 08060-1317
4851210       +Capital Health Systems at Hopewell,    1 Capital Way,    Pennington, NJ 08534-2520
4851211       +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
4851212       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
4851213       +Fein, Such, Kahn & Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
4851214        Geisinger,    100 North Academy Ave,    Danville, PA 17822-3941
4851216       +Jefferson Hospital,    Intervention Radiology,    909 Walnut Street,
                Philadelphia, PA 19107-5211
4851217       +Margaret Young,    523 S. Garfield Avenue,    Schuylkill Haven, PA 17972-1107
4851218       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
4851219       +PSEG,    POB 888,    Hicksville, NY 11802-0888
4851222       +RWJVH at Hamilton,    1 Hamilton Health Place,    Trenton, NJ 08690-3542
4851223       +RWJVH at New Brunswick,    1 Rwj Place,    New Brunswick, NJ 08901-1928
4851220       +Reading Surgery Center,    1280 Broadcasting Road,    Reading, PA 19610-3203
4851221       +Rothman Institute,    999 N. Route 73,    Marlton, NJ 08053-1227
4851224       +St. Joseph Medical Center,    2500 Bernville Road,    Reading, PA 19605-9453
4851225       +Stephen Soffer,    2201 Ridgewood Road,    Reading, PA 19610-1189
4851226        Superior Court of New Jersey,    Chancery Division,    Mays Landing, NJ 08330
4851229       +Villages at Mapleton,    P and A Management, Inc.,    120 Route 156,    Trenton, NJ 08620-2202
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +E-mail/Text: wschwab@iq7technology.com Feb 02 2017 19:11:58     William G Schwab (Trustee),
                William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                Lehighton, PA 18235-0056
4851208       +E-mail/Text: banko@berkscredit.com Feb 02 2017 19:11:33     Berks Credit & Collections,
                Po Box 329,    Temple, PA 19560-0329
4851215       +EDI: IIC9.COM Feb 02 2017 19:08:00      IC Systems, Inc,    444 Highway 96 East,
                St Paul, MN 55127-2557
4851227       +EDI: VERIZONEAST.COM Feb 02 2017 19:08:00      Verizon,    500 Technology Dr,    Suite 500,
                Weldon Spring, MO 63304-2225
4851228       +EDI: VERIZONEAST.COM Feb 02 2017 19:08:00      Verizon Bankruptcy Admin,    500 Technology Drive,
                Ste 550,    Weldon Springs, MO 63304-2225
4851230       +E-mail/Text: collect@williamsalexander.com Feb 02 2017 19:11:33     Waassociates,    Po Box 2148,
                Wayne, NJ 07474-2148
                                                                                              TOTAL: 6
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:

```
James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
Michael J Clark    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
Robert M. Reedy    on behalf of Debtor Rose  Fraser robert@attyreedy.com,
 bill_crown@hotmail.com;attyreedy@yahoo.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
William G Schwab (Trustee)    schwab@uslawcenter.com,
 wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5
```

| Information to identify the case: | |
|---|---|
| Debtor 1 **Rose Fraser** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−4226 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | |
| Case number:   5:16−bk−04520−JJT | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Rose Fraser

                                                            **By the court:**   _[signature]_

February 2, 2017

                                                            Honorable John J. Thomas
                                                            United States Bankruptcy Judge

                                                            By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

                                                            **For more information, see page 2 >**

---

Official Form 318                       **Order of Discharge**                             page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**